IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES WHITTED | : | NO. 05-598-02 |

# ORDER

**AND NOW**, this 25th day of April, 2013, defendant's petition for relief under 28 U.S.C. § 2255 is **DENIED.**

There are no grounds for issuance of a certificate of appealability.

**BY THE COURT:**

*/s/ Michael M. Baylson*
**Michael M. Baylson, U.S.D.J.**