IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES WHITTED | : | NO. 05-598-02 |

## ORDER

**AND NOW,** this 23rd day of October, 2015, upon consideration of defendant's motion under 28 U.S.C. §2255 to vacate, set aside or correct sentence it is **ORDERED:**

1. The motion is **DENIED.**

2. There are no grounds for a certificate of appealability.

3. The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**Michael M. Baylson, U.S.D.J.**

O:\CRIMINAL CASES\05-598 HARRIS, US V\05CR598-2.102315.ORDER.2255.DOCX